UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 17-20759 |
| MASHAWN WILLIAMS ) ) | | |
| ) | Chapter: | 13 |
| ) ) ) ) | Honorable LaShonda Hunt | |
| Debtor(s) ) | | |

## CORRECTED ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The motion to extend time to file Claim #8 is moot.

2) Debtor's Chapter 13 plan is modified so that Part 2.1 provides that Debtor will pay to the trustee $270.00 monthly pursuant to the provisions of the plan, commencing with the next payment due.

3) §E7 of Debtor's plan is modified to: "7. Specially classified unsecured claim. A special class consisting of the following non-priority unsecured claim: City of Chicago c/o Talan & Ktsanes shall be paid at 100 % of the allowed amount. The total of all payments to this special class is estimated to be $1,922.77."

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: October 28, 2019

**Prepared by:**

Robert C. Bansfiield Jr. ARDC #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100