# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Mashawn Williams | ) | Chapter 13 |
| | ) | Case No. 17 B 20759 |
| Debtor(s) | ) | Judge LaShonda A. Hunt |

## Notice of Motion

Mashawn Williams
783 Buffalo Ave Apt 1
Calumet City, IL 60409

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On December 02, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Friday, November 15, 2019.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 719
> Chicago, IL 60604

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On July 12, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on January 22, 2018, for a term of 36 months with payments of $200.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 28 | $5,214.10 | $4,530.82 | $683.28 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 11/14/2019
Due Each Month: $200.00
Next Pymt Due: 12/11/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 05/24/2019 | `IONAL RAILRO | $92.31 | 06/07/2019 | `IONAL RAILRO | $92.31 |
| 06/21/2019 | `IONAL RAILRO | $92.31 | 07/19/2019 | `IONAL RAILRO | $92.31 |
| 07/23/2019 | `IONAL RAILRO | $92.31 | 08/16/2019 | `IONAL RAILRO | $92.31 |
| 08/30/2019 | `IONAL RAILRO | $92.31 | 09/13/2019 | `IONAL RAILRO | $92.31 |
| 09/27/2019 | `IONAL RAILRO | $92.31 | 10/11/2019 | `IONAL RAILRO | $92.31 |
| 10/25/2019 | `IONAL RAILRO | $92.31 | 11/08/2019 | `IONAL RAILRO | $92.31 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE