UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Mashawn Williams<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  17-20759<br><br>Chapter: 13<br>Honorable David D. Cleary |

**Order Dismissing Case for Failure to Make Plan Payments**

The Court having heard the facts finds that the debtor is in material default.

ORDERED: The case is dismissed for material default pursuant to 11 U.S.C. Section 1307 [c][6].

Enter:  *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  January 13, 2020

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300